**KAREN L. LYNCH #161088**
Karen L. Lynch, Inc.
1204 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone (559) 478-4370
Facsimile (559) 478-5073

Attorney for Defendant,

RONY LEONIDAS CHAVEZ-CASTRO

aka Jose Contreras

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:10-CR-00062 LJO |
| | ) |
| Plaintiff | ) STIPULATION TO CONTINUE |
| v. | ) STATUS CONFERENCE TO JULY 8, 2011; |
| | ) ORDER THEREON (note time change) |
| | ) |
| RONY LEONIDAS CHAVEZ-CASTRO | ) |
| aka Jose Contreras, Defendant | ) |

IT IS HEREBY STIPULATED by and between the parties hereto that the Status Conference hearing currently set for June 16, 2011 at 2:00 p.m. in the above captioned matter and Courtroom, be continued to July 8, 2011, at 2:00 p.m.

Defendant was moved to the Lerdo jail facility and because of the busing schedule and need for a translator, defense counsel only recently met with defendant. Pretrial Services recently provided the pretrial forms that defendant was requested to fill out in consideration of the United States plea offer. Defendant is serving time on an unrelated matter until sometime next week. Defense counsel will provide the completed pre-trial forms to Pretrial Services

1

1  early next week.  Pretrial Services, in turn, is anticipated to need a couple of weeks, to
2  complete a sentencing recommendation report. The parties anticipate that that by July 08,
3  2011, the Court will have reviewed the sentencing recommendation and that defendant will
4  have entered a plea agreement.

5        This continuance will conserve time and resources for both parties and the court. The
6  parties agree that the delay resulting from the continuance shall be excluded in the interests
7  of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A).

8  Dated: June 10, 2011        By:  /s/ Karen L. Lynch
9          KAREN L. LYNCH
10         Attorney for RONY LEONIDAS CHAVEZ CASTRO,
11         aka Jose Contreras

12
13 Dated: June 10, 2011        BENJAMIN B. WAGNER
           United States Attorney
14
15         By:  /s/ Ian Garrigques
           IAN GARRIGQUES
16         Assistant U.S. Attorney

17         ORDER

18  The Court, having reviewed the above request for a Continuance of Status Conference
19  until July 09, 2011, and Order Thereon, and having found good cause for the continuance on
20  the basis the continuance will conserve time and resources of the parties and the Court thus
21  serving the ends of justice which outweighs the best interests of the public and the defendant
22
23  in a speedy trial,      HEREBY ORDERS AS FOLLOWS:The Status Conference Hearing
24  currently scheduled for June 16, 2011, shall be continued to July 08, 2011 at 8:30 a.m.
25

26  IT IS SO ORDERED.
27     Dated:  **June 13, 2011**        /s/ Lawrence J. O'Neill
28          UNITED STATES DISTRICT JUDGE

2

STIPULATION TO CONTINUE STATUS CONFERENCE TO JULY 8, 2011 and [PROPOSED] ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO CONTINUE STATUS CONFERENCE TO JULY 8, 2011 and [PROPOSED] ORDER