**KAREN L. LYNCH #161088**
Karen L. Lynch, Inc.
1204 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone (559) 478-4370
Facsimile (559) 478-5073

Attorney for Defendant,
RONY LEONIDAS CHAVEZ-CASTRO

aka Jose Contreras

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:10-CR-00062 LJO |
| ) | |
| Plaintiff ) | STIPULATION TO CONTINUE |
| v. ) | STATUS CONFERENCE; |
| ) | ORDER THEREON |
| ) | |
| RONY LEONIDAS CHAVEZ- ) | |
| CASTRO ) | |
| aka Jose Contreras, ) | |
| Defendant ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto that the Status Conference hearing currently set for July 8, 2011 at 8:30 a.m. in the above captioned matter and Courtroom, be continued to July 29, 2011at 9:00 am.

Defendant was moved to the Lerdo jail facility and because of the busing schedule and need for a translator, defense counsel only recently met with defendant. The United States Probation Office recently provided a sentencing recommendation report; however, defense counsel will be unable to go over the report with her client with a translator until July 22, 2011 which is the first date available that the U.S. Marshalls can transfer defendant to Fresno for a meeting with defense counsel to go over the sentencing recommendation report.

This continuance will conserve time and resources for both parties and the court. The parties agree that the delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A).

Dated: July 01, 2011                    By:  /s/ Karen L. Lynch
                                        KAREN L. LYNCH, Attorney for MARIA DE LOS ANGELES CASTANEDA DE LOPEZ

Dated: July 01, 2011                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        By:  /s/ Ian Garrigques
                                        IAN GARRIGQUES
                                        Assistant U.S. Attorney

## ORDER

The Court, having reviewed the above request for a Continuance of Status Conference until July 29, 2011 at 9:00 am and Order Thereon, and having found good cause for the continuance on the basis the continuance will conserve time and resources of the parties and the Court thus serving the ends of justice which outweighs the best interests of the public and the defendant's right to a speedy trial,

HEREBY ORDERS AS FOLLOWS:

The Status Conference Hearing currently scheduled for July 08, 2011, shall be continued to July 29, 2011 at 9:00 am.

Dated:  7/5/2011                        By:  /s/ LAWRENCE J. O'NEILL
                                        UNITED STATES DISTRICT JUDGE